UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 07061
    RACHEL GARCIA
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-3514

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 03/01/2005 and was confirmed 05/04/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 11/28/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| UNIFUND CCR PARTNERS | UNSEC W/INTER | 8382.69 | 476.15 | 8382.69 |
| ARTHUR B ADLER & ASSOC | NOTICE ONLY | NOT FILED | .00 | .00 |
| BANK ONE NATL BKCY DEPT | UNSEC W/INTER | NOT FILED | .00 | .00 |
| SENTRY CREDIT INC | NOTICE ONLY | NOT FILED | .00 | .00 |
| CBCS | UNSEC W/INTER | NOT FILED | .00 | .00 |
| DISCOVER FINANCIAL SERVI | UNSEC W/INTER | 12195.96 | 692.76 | 12195.96 |
| BAKER MILLER MARKOFF & K | NOTICE ONLY | NOT FILED | .00 | .00 |
| FLEET CREDIT CARD SERVIC | UNSEC W/INTER | NOT FILED | .00 | .00 |
| SPRINT-NEXTEL CORP | UNSEC W/INTER | NOT FILED | .00 | .00 |
| AFNI | NOTICE ONLY | NOT FILED | .00 | .00 |
| TIMOTHY K LIOU | UNSEC W/INTER | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSEC W/INTER | .00 | .00 | .00 |
| TIMOTHY K LIOU | DEBTOR ATTY | 1,852.06 | | 1,852.06 |
| TOM VAUGHN | TRUSTEE | | | 1,331.95 |
| DEBTOR REFUND | REFUND | | | 225.43 |

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 25,157.00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | 20,578.65 |
|     INTEREST | | 1,168.91 |
| ADMINISTRATIVE | | 1,852.06 |
| TRUSTEE COMPENSATION | | 1,331.95 |
| DEBTOR REFUND | | 225.43 |
| TOTALS | 25,157.00 | 25,157.00 |

                PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 07061 RACHEL GARCIA

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 02/28/08                          /s/ Tom Vaughn
                                        _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE